**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:02cr95 LAC

CHRISTOPHER JOHNSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __MARCH 27, 2008__
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582©)(2)__
Filed by __DEFENDANT PRO SE__ on __3/26/08__ Doc.# __213__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

                                                       WILLIAM M. McCOOL, CLERK OF COURT

                                                       *s/Mary Maloy*
LC (1 OR 2)                                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) At sentencing, the defendant was held responsible for 11 kilograms of cocaine base. Pursuant to the guideline amendments, a defendant who is held responsible for over 4.5 kilos of cocaine base does not receive relief from Amendment 706 and 711. In addition, defendant was and would still today be facing a mandatory life sentence. Defendant was sentenced to 240 months, a sentence well below the mandatory life sentence, as a result of a 5K1.1 motion filed by the Government. Based upon the facts and circumstances of this case, 240 months is still the appropriate sentence.*

                                                       *s/L.A. Collier*
Entered On Docket: _____ By: __    ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    *Senior United States District Judge*
Copies sent to:_____

Document No.